Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Attorneys for Plaintiff
SFM, LLC d/b/a Sprouts Farmers Market

Isaac M. Gabriel (#021780)
isaac.gabriel@quarles.com
Christian G. Stahl (#029984)
christian.stahl@quarles.com
Johanna M. Wilbert (*pro hac vice* granted)
johanna.wilbert@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SFM, LLC d/b/a Sprouts Farmers Market,<br><br>    Plaintiff,<br><br>v.<br><br>Best Roast Coffee, LLC, a Wyoming limited liability company; and Jason Roe and Jane Doe, husband and wife<br><br>    Defendants. | NO. 2:19-cv-04820-JAT<br><br>**PLAINTIFF SFM, LLC'S OPPOSITION TO DEFENDANTS' MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Plaintiff SFM, LLC d/b/a Sprouts Farmers Market ("Sprouts") opposes Defendants' Motion to Withdraw as Counsel of Record because it will likely affect the dates set by this Court for the Preliminary Injunction Hearing [Dkt. No. 28].  Moreover, Defendant Best Roast Coffee, LLC cannot proceed *pro se* as set forth in Defendants' motion because it is a company, not an individual.  *In Re America West Airlines,* 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporation and other unincorporated associations must appear in court through an

QB\59673328.1

1  attorney."). Accordingly, withdrawal should only be granted with appropriate substitution
2  and after the Preliminary Injunction Hearing to avoid delay and prejudice.
3        RESPECTFULLY SUBMITTED this 30th day of September, 2019.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391


By */s/ Christian G. Stahl*
   Isaac M. Gabriel
   Christian G. Stahl
   Johanna M. Wilbert

Attorneys for Plaintiff
SFM, LLC d/b/a Sprouts Farmers Market

-2-

QB\59673328.1