1  **WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| SFM LLC, | No. CV-19-04820-PHX-JAT |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Best Roast Coffee LLC, et al., | |
| Defendants. | |

Pending before the Court is counsel's motion to withdraw from representing both Defendants. (Doc. 32). The clients have consented to withdrawal. (*Id.*) Plaintiff opposes the motion on the grounds of undue delay. (Doc. 33).

Defendants' motion to stay and to compel arbitration was denied September 24, 2019. Thus, Defendants' answer is due October 8, 2019. *See* Fed. R. Civ. P. 12(a)(4)(A).

An entity cannot appear in federal court without licensed counsel. *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.,* 366 F.3d 972, 973-74 (9th Cir. 2004); *see also Rowland v. Cal. Mens Colony,* 506 U.S. 194, 202 (1993).

This case is set for a Preliminary Injunction hearing on October 16, 2019. The Court does not find Defendants' decision to consent to the withdrawal of their counsel to be a basis to continue this hearing.

Based on the foregoing, the Court will permit counsel for Defendants to withdraw. If the individual Defendant does not answer by October 8, 2019, Plaintiff may file an application for entry of default. If the entity Defendant does not answer by October 8, 2019

through licensed counsel, Plaintiff may file an application for entry of default. If default is entered against <u>both</u> Defendants, Plaintiff may move for default judgment, including a permanent injunction, by October 10, 2019. *See In re First T.D. & Inv., Inc.*, 253 F.3d 520, 532-33 (9th Cir. 2001) (holding that typically the District Court should not enter default judgment under Fed. R. Civ. P. 54(b) against some defendants if other defendants are defending the same allegations/claims). If Plaintiff moves for default judgment, it must apply the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

If either Defendant answers, the Court will proceed with the Preliminary Injunction hearing as scheduled. The joint pre-hearing statement (*see* Doc. 28) remains due October 2, 2019. Again, the Court does not find Defendants' decision to consent to the withdrawal of their counsel to be a basis to continue this deadline.

Based on the foregoing,

**IT IS ORDERED** that counsel's motion to withdraw (Doc. 32) is granted. The Clerk of the Court shall update the docket to reflect the contact information for Defendants listed in Doc. 32 at page 2.

**IT IS FURTHER ORDERED** that the Clerk of the Court must forward a copy of this Order to Defendants.

**IT IS FURTHER ORDERED** that Defendants answer is due by October 8, 2019 as specified above. If Defendants do not answer by this date, Plaintiff shall apply for entry of default. If default is entered against both Defendants, Plaintiff shall move for default judgment by October 10, 2019. If either Defendant timely and procedurally correctly answers, the Court will proceed with the preliminary injunction hearing.

Dated this 1st day of October, 2019.

James A. Teilborg
Senior United States District Judge