Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Attorneys for Plaintiff
SFM, LLC d/b/a Sprouts Farmers Market

Isaac M. Gabriel (#021780)
isaac.gabriel@quarles.com
Christian G. Stahl (#029984)
christian.stahl@quarles.com
Johanna M. Wilbert (*pro hac vice* granted)
johanna.wilbert@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SFM, LLC d/b/a Sprouts Farmers Market,<br><br>             Plaintiff,<br><br>    v.<br><br>Best Roast Coffee, LLC, a Wyoming limited liability company; and Jason Roe and Jane Doe, husband and wife<br><br>             Defendants. | NO. 2:19-cv-04820-JAT<br><br>**PRE-HEARING STATEMENT**<br><br>**(Hearing set for October 16, 2019 at 9:00 a.m.)** |

QB\59649996.3

After repeated attempts, counsel for Plaintiff, SFM, LLC d/b/a/ Sprouts Farmers Market ("Sprouts") has been unable to determine the identity of Defendants' substitute counsel to comply with the meet and confer requirements to jointly prepare this pre-hearing statement. *See* the Declaration of Christian Stahl Regarding Communications on Substitute Counsel for Defendants, filed concurrently herewith. Therefore, to comply with the Court's October 1, 2019 Order that the due date for the Joint Pre-Hearing Statement remains unchanged and due today, counsel for Plaintiff hereby files its portion of the pre-hearing statement, and respectfully requests the right to amend and/or supplement Plaintiff's portion once substitute counsel for Defendants has been identified and a meet and confer can take place with regard to the joint pre-hearing statement.

**A.   COUNSEL FOR THE PARTIES**

**Plaintiff, SFM, LLC d/b/a Sprouts Farmers Market ("Sprouts")**

Isaac M. Gabriel (#021780)
isaac.gabriel@quarles.com
Christian G. Stahl (#029984)
christian.stahl@quarles.com
Johanna M. Wilbert (pro hac vice granted)
johanna.wilbert@quarles.com
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE (602) 229-5200

**Defendants Best Roast Coffee, LLC ("BRC"), Jason Roe and Jane Doe Roe**

At this point, Sprouts is unable to determine the identity of substitute counsel for Defendants. Sprouts respectfully requests the right to amend and/or supplement this section once substitute counsel for Defendants has been identified and a meet and confer can take place.

-2-
QB\59649996.3

B. **STATEMENT OF JURISDICTION**

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338, and 15 U.S.C. § 1121. The civil action alleged arises under the laws of the United States, including an Act of Congress relating to trademarks and unfair competition. Jurisdiction is not disputed.

C. **LIST OF WITNESSES**

**PLAINTIFF:**

**(1) Witnesses who shall be called at the hearing:**

Alyssa Packard (Fact Witness)
c/o Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Ms. Packard, the Director of Advertising & Marketing Operations for Sprouts, will testify about the factual basis for the allegations in the motion for preliminary injunction, including the SPROUTS Marks, brand strength, and Plaintiffs' marketing and advertising. Ms. Packard's testimony will also include subjects covered in her declaration and contents therein.

Mark Miale (Fact Witness)
c/o Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Mr. Miale, the Vice President of Deli/Bakery for Sprouts, will testify about the factual basis for the allegations in the motion for preliminary injunction, including Sprouts business with BRC, the termination of the Sprouts-BRC relationship, the accuracy of Defendants' press release and statements, and their dissemination. Mr. Miale's testimony will also include his declaration and contents therein.

**(2) Witnesses who <u>may</u> be called at the hearing:**

Diego Romero (Fact Witness)
c/o Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Mr. Romero, the Manager of Communications for Sprouts, may testify about the factual basis for the allegations in the motion for preliminary injunction, including the dissemination of the press release regarding BRC and its relationship with Sprouts by ABNewswire.  Mr. Romero's testimony will also include his declaration and contents therein.

Jason Roe
790 E. Colorado Blvd.,
Floor 9
Pasadena, CA 91101

Mr. Roe is the defendant in the case and may be called to testify regarding his use of the Sprouts trademark and the allegations in the Complaint.

**(3) Witnesses who are <u>unlikely</u> to be called at the hearing:**

None.

**DEFENDANTS:**

**(1) Witnesses who <u>shall</u> be called at the hearing:**

At this point, Sprouts is unable to determine the identity of substitute counsel for Defendants.  Sprouts respectfully requests the right to amend and/or supplement this section once substitute counsel for Defendants has been identified and a meet and confer can take place.

**(2) Witnesses who <u>may</u> be called at the hearing:**

At this point, Sprouts is unable to determine the identity of substitute counsel for Defendants.  Sprouts respectfully requests the right to amend and/or supplement this section

-4-

once substitute counsel for Defendants has been identified and a meet and confer can take place.

**(3) Witnesses who are <u>unlikely</u> to be called at the hearing:**

At this point, Sprouts is unable to determine the identity of substitute counsel for Defendants. Sprouts respectfully requests the right to amend and/or supplement this section once substitute counsel for Defendants has been identified and a meet and confer can take place.

Sprouts understands that it is responsible for ensuring that the witnesses it wishes to call to testify are subpoenaed. Sprouts further understands that any witness a party wishes to call shall be listed on that party's list of witnesses above, and that party cannot rely on any witness having been listed or subpoenaed by another party.

**D.   LIST OF EXHIBITS**

1.   The following list of exhibits are admissible in evidence and may be marked in evidence by the Clerk:

   a.   Plaintiff's Exhibits:

| Exhibit No. | Description |
|---|---|
| 1 | Certificates of Sprouts trademark registrations (Dkt. 10-1, Packard Decl. Ex. A) |
| 2 | 7/8/2019 Press Release (Dkt. 11-1, Romero Decl. Ex. A) |
| 3 | 10/5/2017 Letter from Sprouts attorney to BRC demanding reimbursement for payments made by Sprouts to BRC for the purchase of third-party coffee equipment that was never delivered or installed at the appropriate Sprouts' store (Dkt. 12-1, Gabriel Decl. Ex. A) |
| 4 | 5/2018 www.bestroast.coffee website (Dkt. 12-2, Gabriel Decl. Ex. B) |
| 5 | 5/2018 www.sprouts.coffee website (Dkt. 12-3 Gabriel Decl. Ex. C) |
| 6 | 7/31/2018 Letter from Sprouts attorney to BRC regarding false statements on BRC's website (Dkt. 12-4, Gabriel Decl. Ex. D) |
| 7 | 7/17/2019 Letter from BRC attorney to Sprouts suggesting Sprouts "should connect with [BRC] and revisit getting Mr. Roe and his connections back into the promotion of Sprouts' |

| Exhibit No. | Description |
|---|---|
|  | espresso bars and this agenda against the Sprouts brand needs to end." (Dkt. 12-5, Gabriel Decl. Ex. E) |
| 8 | 7/2019 www.sprouts.coffee website (Dkt. 12-7 Gabriel Decl. Ex. G) |
| 9 | Vendor Setup Form (Dkt. 13-1 Miale Decl. Ex. A) |
| 10 | 11/3/2017 e-mail from jason@sprouts.coffee stating customer could now find BRC coffee at www.sprouts.coffee and that this would increase sales for the relationship (Dkt. 13-2 Miale Decl. Ex. B) |
| 11 | 11/5/2017 e-mail from Miale to Roe requesting Roe stop from using the Sprouts mark and cancel the www.sprouts.coffee domain name (Dkt. 13-3 Miale Decl. Ex. C) |
| 12 | 7/23/2019 e-mail from Roe to Miale and Sinclair regarding the "Sprouts Best Roast Coffee" program, Roe's press release and to discuss Roe's relationship with Sprouts (Dkt. 13-5 Miale Decl. Ex. E) |
| 13 | AB Newswire Mission Statement (Dkt. 31-1 Stahl Decl. Ex. 1) |
| 14 | AB Newswire Distribution Packages (Dkt. 31-2 Stahl Decl. Ex. 2) |
| 15 | Excerpts from Sprouts' Annual Reports (Dtk. 13-3 Stahl Decl. Ex. 3) |

  b. Defendants' Exhibits:

At this point, Sprouts is unable to determine the identity of substitute counsel for Defendants. Sprouts respectfully requests the right to amend and/or supplement this section once substitute counsel for Defendants has been identified and a meet and confer can take place.

  2. As to the following exhibits, the parties have reached the following stipulations: At this point, Sprouts is unable to determine the identity of substitute counsel for Defendants. Sprouts respectfully requests the right to amend and/or supplement this section once substitute counsel for Defendants has been identified and a meet and confer can take place.

  3. As to the following exhibits, the party against whom the exhibit is to be offered objects to the admission of the exhibit and offers the objection stated below:

-6-

At this point, Sprouts is unable to determine the identity of substitute counsel for Defendants. Sprouts respectfully requests the right to amend and/or supplement this section once substitute counsel for Defendants has been identified and a meet and confer can take place.

4.   The parties have not been able to meet and confer, thus this is not a joint statement and Sprouts has not had the opportunity to objection to Defendants' exhibits or witness list.

**E.   DEPOSITIONS TO BE OFFERED**

The parties have not taken depositions at this early stage of the proceedings. The parties reserve all rights to take and present depositions testimony.

Sprouts acknowledges by signing this joint pre-hearing statement that any deposition not listed as provided herein will not be allowed, absent good cause.

**F.   ESTIMATED LENGTH OF HEARING**

7 hours.

RESPECTFULLY SUBMITTED this 2nd day of October, 2019.

> QUARLES & BRADY LLP
> Renaissance One
> Two North Central Avenue
> Phoenix, AZ  85004-2391
>
> By */s/ Johanna M. Wilbert*
>   Isaac M. Gabriel
>   Christian G. Stahl
>   Johanna M. Wilbert
>
> Attorneys for Plaintiff
> SFM, LLC d/b/a Sprouts Farmers Market

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  The foregoing document has also been served on Defendants by forwarding said copy on October 2, 2019 via U.S. Mail to:

Best Roast Coffee, LLC
790 E. Colorado Blvd., Floor 9
Pasadena, CA 91101

Jason Roe
790 E. Colorado Blvd., Floor 9
Pasadena, CA 91101

By */s/ Johanna M. Wilbert*
Johanna M. Wilbert

QB\59649996.3