# EXHIBIT 8

Redacted

**From:** Matthew Janda <matt@laattorneyjanda.com>
**Sent:** Wednesday, October 2, 2019 4:08 PM
**To:** Stahl, Christian G. (CHI x6220) <Christian.Stahl@quarles.com>
**Cc:** Wilbert, Johanna M. (MKE x1495) <johanna.wilbert@quarles.com>; Gabriel, Isaac M. (PHX x3622) <Isaac.Gabriel@quarles.com>
**Subject:** Re: SFM LLC v. Best Roast Coffee et. al. - Inquiry Regarding New Arizona Counsel [QBLLP-ACTIVE.FID40500335]

Hi Christian,

I have not yet been put in touch with substitute counsel, but finally just received his contact information. His information is below:

David Kresin
Robaina & Kresin PLLC
602-682-6450
dck@robainalaw.com

Best,
Matt

*Law Office of Matthew J. Janda*
matt@LAAttorneyJanda.com
(408) 691-3483

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Stahl, Christian G. <Christian.Stahl@quarles.com>
**Sent:** Wednesday, October 2, 2019 1:27 PM
**To:** Matthew Janda <matt@laattorneyjanda.com>
**Cc:** Wilbert, Johanna <johanna.wilbert@quarles.com>; Gabriel, Isaac M. <Isaac.Gabriel@quarles.com>
**Subject:** RE: SFM LLC v. Best Roast Coffee et. al. - Inquiry Regarding New Arizona Counsel [QBLLP-ACTIVE.FID40500335]

Hi Matt,

Since we have been unable to meet and confer and you refuse to put is in touch with substitute Arizona counsel, SFM will be filing its portion before the close of business central time.  It is regrettable that we have not been able to work together since this is supposed to be a joint filing but Defendants actions leave us no choice.  Since you are in communication with substitute counsel, please express our desire to meet and confer with them as soon as possible.  I am copying co-counsel on this communication as I have travel plans this evening.  If you cannot reach me, please contact Johanna Wilbert (copied above and 414.277.5495)

Thanks,

Christian

---

**From:** Matthew Janda <matt@laattorneyjanda.com>
**Sent:** Wednesday, October 2, 2019 3:07 PM
**To:** Stahl, Christian G. (CHI x6220) <Christian.Stahl@quarles.com>
**Cc:** Wilbert, Johanna M. (MKE x1495) <johanna.wilbert@quarles.com>; Gabriel, Isaac M. (PHX x3622) <Isaac.Gabriel@quarles.com>
**Subject:** Re: SFM LLC v. Best Roast Coffee et. al. - Inquiry Regarding New Arizona Counsel [QBLLP-ACTIVE.FID40500335]

Hi Christian,

I am waiting on the other attorney to ensure cohesiveness and completeness.

Best,
Matt

Get Outlook for Android [aka.ms]

---

**From:** Stahl, Christian G. <Christian.Stahl@quarles.com>
**Sent:** Wednesday, October 2, 2019 9:53:42 AM
**To:** Matthew Janda <matt@laattorneyjanda.com>
**Cc:** Wilbert, Johanna <johanna.wilbert@quarles.com>; Gabriel, Isaac M. <Isaac.Gabriel@quarles.com>
**Subject:** RE: SFM LLC v. Best Roast Coffee et. al. - Inquiry Regarding New Arizona Counsel [QBLLP-ACTIVE.FID40500335]

Matt,

It appears that you have the exhibits he will be using then.  Will you please them so we may consider?

Thank you,

Christian

---

**From:** Matthew Janda <matt@laattorneyjanda.com>
**Sent:** Wednesday, October 2, 2019 11:38 AM
**To:** Stahl, Christian G. (CHI x6220) <Christian.Stahl@quarles.com>
**Cc:** Wilbert, Johanna M. (MKE x1495) <johanna.wilbert@quarles.com>; Gabriel, Isaac M. (PHX x3622) <Isaac.Gabriel@quarles.com>
**Subject:** Re: SFM LLC v. Best Roast Coffee et. al. - Inquiry Regarding New Arizona Counsel [QBLLP-ACTIVE.FID40500335]

Hi Christian,

Unfortunately I do not have the new attorney's contact information on hand. I will request it from Jason, but it sounds as if he will be reaching out today.

I am not representing Jason in the Pre-Hearing documents due today. I was only assisting him in gathering the evidence together.

Best,
Matt

Get Outlook for Android [aka.ms]

---

**From:** Stahl, Christian G. <Christian.Stahl@quarles.com>
**Sent:** Tuesday, October 1, 2019 4:31:16 PM
**To:** Matthew Janda <matt@laattorneyjanda.com>
**Cc:** Wilbert, Johanna <johanna.wilbert@quarles.com>; Gabriel, Isaac M. <Isaac.Gabriel@quarles.com>
**Subject:** SFM LLC v. Best Roast Coffee et. al. - Inquiry Regarding New Arizona Counsel [QBLLP-ACTIVE.FID40500335]

Dear Matt,

My name is Christian Stahl. I represent SFM LLC in a case in Arizona against Best Roast Coffee LLC and the individual Jason Roe captioned *SFM LLC v. Best Roast Coffee, et al.*, Case No. 19-cv-04820-PHX-JAT (D. Ariz.).  Best Roast Coffee's and Mr. Roe's counsel or record, Sterling Peterson, has withdrawn as counsel, granted today.  Mr. Peterson stated that Best Roast and Mr. Roe have new representation in the Arizona action and that you know who the contact information for the new representation.  Will you please provide the contact information as soon as possible or have the new attorney contact me as there are a number of things that need to be discussed immediately?

Thank you,

Christian Stahl



**Christian Stahl** / Partner
Christian.Stahl@quarles.com / LinkedIn BIO vCard
**Quarles & Brady LLP**
300 N. LaSalle Street, Suite 4000 / Chicago, IL 60654-3406
Office 312-715-5220 / quarles.com
Assistant Carol Strickland 312-715-5073

**CONFIDENTIALITY NOTICE:** This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.